[No. 5579–1. Division One. August 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARD JOHN STEFFES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7772, Daniel T. Kershner, J.,

entered March 2, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen and Dore, JJ.